# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Jose Guadalupe GONZALEZ Maldonado,<br>a/k/a<br>Jose Guadalupe Gonzalez-Maldonado,<br>a/k/a<br>Jose Guadelupe Gonzalez-Maldonado,<br>a/k/a<br>Jose Gonzalez Maldonado<br><br>*Defendant(s)* | )<br>)<br>)<br>)   Case No. 3:23MJ 82<br>)<br>)<br>)<br>) |

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   March 12, 2023   in the County of   Gaston   in the Western District of   North Carolina  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry by a Previously Deported Alien |

This Criminal Complaint is based on these facts:

See Attached Affidavit of ICE/ERO Deportation Officer Erin North

☒ Continued on the attached sheet.

/s/ Erin North
*Complainant's signature*

Erin North, ICE/ERO Deportation Officer
*Printed name and title*

Sworn in accordance with Rule 4.1.

Signed: March 29, 2023

David C. Keesler
United States Magistrate Judge

Date: 03/29/2023

City and state:   Charlotte, North Carolina     Honorable David C. Keesler, U.S. Magistrate Judge